■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JEFFREY BENJAMIN, Appellant. [996 NYS2d 543]—Appeal by the defendant from a judgment of the Supreme Court, Kings County (Morgenstern, J.), rendered April 28, 2011, convicting him of criminal contempt in the second degree, upon his plea of guilty, and imposing sentence. Assigned counsel has submitted a brief in accordance with *Anders v California* (386 US 738 [1967]), in which she moves for leave to withdraw as counsel for the defendant.

Ordered that the judgment is affirmed.

We are satisfied with the sufficiency of the brief filed by the defendant's assigned counsel pursuant to *Anders v California* (386 US 738 [1967]; *see Matter of Giovanni S. [Jasmin A.]*, 89 AD3d 252 [2011]), and we have also reviewed the defendant's pro se supplemental brief. Counsel has informed this Court that the defendant is unwilling to raise any contention on appeal that, if successful, would result in further proceedings which might possibly subject him to a risk of receiving a sentence lon-

ger than the one that he has already served. Upon an independent review of the record, we conclude that there are no remaining nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is therefore granted (*see Anders v California*, 386 US 738 [1967]; *Matter of Giovanni S. [Jasmin A.]*, 89 AD3d 252 [2011]; *see also People v Cardwell*, 98 AD3d 986 [2012]; *People v Belton*, 74 AD3d 834 [2010]). Mastro, J.P., Roman, Miller and Maltese, JJ., concur.